UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL R. BLACK, *et al.*,<br><br>    Defendants. | NO. CV-07-355-RHW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS OF DEFENDANTS DANIEL R. BLACK AND MAIRE E. BLACK** |

Before the Court is Plaintiff's Motion to Dismiss Counterclaims of Defendants Daniel R. Black and Maire E. Black (Ct. Rec. 44). The motion was heard without oral argument.

On November 2, 2007, Plaintiff filed a Complaint, seeking to reduce to judgment the outstanding federal tax liabilities assessed against Defendants, to foreclose federal tax liens against certain real property; and to have purported transfers of those properties declared fraudulent as against the United States (Ct. Rec. 1). On January 20, 2009, Defendants Daniel R. Black and Maire E. Black filed their Answer, Affirmative Defenses, and Counterclaims. Plaintiff now moves the Court to dismiss the counterclaims.

On April 1, 2009, Defendants filed a response to Plaintiff's motion indicating that they will not oppose Plaintiff's motion to dismiss and consent to the granting of Plaintiff's motion (Ct. Rec. 54).

///

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS OF DEFENDANTS DANIEL R. BLACK AND MAIRE E. BLACK ~ 1**

1  Accordingly, **IT IS HEREBY ORDERED:**

2  1.  Plaintiff's Motion to Dismiss Counterclaims of Defendants Daniel R.
3  Black and Maire E. Black (Ct. Rec. 44) is **GRANTED**.

4  2.  The counterclaims asserted by Defendants in their Answer are
5  **dismissed.**

6  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
7  Order and forward copies to counsel.

8  **DATED** this 9th day of April, 2009.

9  *S/ Robert H. Whaley*

10  ROBERT H. WHALEY
11  Chief United States District Judge

14  Q:\CIVIL\2007\Black\grant5.wpd

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS OF DEFENDANTS DANIEL R. BLACK AND MAIRE E. BLACK** ~ 2