UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL R. BLACK, *et al.*,<br><br>    Defendants. | NO.  CV-07-355-RHW<br><br>**ORDER GRANTING THE UNITED STATES' MOTIONS FOR DEFAULT JUDGMENT** |

Before the Court is the United States' Motion for Default Judgment Against Defendants B.C. Trust and Summer Hill Freedom Trust, A.K.A. Summer Hill Trust, A.K.A. Summer Hill Orchard Trust (Ct. Rec. 61). The motion was unopposed and heard without oral argument.

On May 31, 2009, the Clerk of Court entered an Order of Default against Defendants B.C. Trust (Ct. Rec. 52) and Summer Hill Freedom Trust, A.K.A. Summer Hill Trust, A.K.A. Summer Hill Orchard Trust (Ct. Rec. 53). Plaintiff now moves the Court to entered judgment against these entities because they have failed to appear and file responsive pleadings in this action. The Court concludes that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion for Default Judgment Against Defendants B.C. Trust and Summer Hill Freedom Trust (Ct. Rec. 61) is **GRANTED**.

2. The District Court Executive is directed to enter default judgment in favor of Plaintiff and against Defendants B.C. Trust and Summer Hill Freedom

**ORDER GRANTING DEFENDANT HOPE SPRING'S MOTION TO WITHDRAW APPEARANCE** ~ 1

Trust, A.K.A. Summer Hill Trust, A.K.A. Summer Hill Orchard Trust, as follows:

IT IS HEREBY ORDERED AND ADJUDICATED

That B.C. Trust is the nominee and/or alter ego of Daniel and Maire Black, and therefore, to the extent that B.C. Trust purports to hold title to the Subject Property, it does so as the nominee and/or alter ego of Daniel and Maire Black.

That Summer Hill Freedom Trust is the nominee and/or alter ego of Daniel and Maire Black, and, therefore, to the extent that Summer Hill Freedom Trust purports to hold title to the Subject Property, it does so as the nominee and/or alter ego of Daniel and Maire Black.

3. The United States' Request for Entry of Default against Defendant B.C. Trust (Ct. Rec. 32) is **DENIED,** as moot, for docket maintenance purposes.

4. The United States' Request for Entry of Default Against Defendant Summer Hill Freedom Trust, A.K.A. Summer Hill Trust, A.K.A. Summer Hill Orchard Trust (Ct. Rec. 38) is **DENIED**, as moot, for docket maintenance purposes.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 12th day of June, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Black\default2.wpd

**ORDER GRANTING DEFENDANT HOPE SPRING'S MOTION TO WITHDRAW APPEARANCE ~ 2**