AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

DANIEL R. BLACK, MAIRE E. BLACK, HOPE SPRINGS CORPORATION SOLE, BC TRUST, SUMMER HILL FREEDOM TRUST, CHELAN COUNTY TREASURER,    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-355-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that B.C. Trust is the nominee and/or alter ego of Daniel and Maire Black, and therefore, to the extent that B.C. Trust purports to hold title to the Subject Property, it does so as the nominee and/or alter ego of Daniel and Maire Black.

That Summer Hill Freedom Trust is the nominee and/or alter ego of Daniel and Maire Black, and, therefore, to the extent that Summer Hill Freedom Trust purports to hold title to the Subject Property, it does so as the nominee and/or alter ego of Daniel and Maire Black.

| | |
|---|---|
| 6/12/09 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Renea Ferrante |
| | *(By) Deputy Clerk* |
| | Renea Ferrante |