# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

       Plaintiff,

           v.

DANIEL R. BLACK, et al.,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-355-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Daniel R. Black, Maire E. Black, a.k.a. Marie Black, in the amount of $1,725.70 in attorneys' fees and $1,988.36 in expenses.

| | |
|---|---|
| April 15, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |