AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DANIEL R. BLACK, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-355-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against Daniel R. Black and in favor of the United States in the amount of $948,848.50, for federal income taxes for the tax years 1987, 1993, 1994, and 1995, less any payments, plus interest accruing after July 1, 2010 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) until paid.

Against Maire E. Black and in favor of the United States in the amount of $872,047.86, for federal income taxes for the tax years 1989, 1993, 1994, and 1995, less any payments, plus interest accruing after July 1, 2010 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) until paid.

Against Daniel R. Black and Maire E. Black, jointly and severally, and in favor of the United States in the amount of $2,637,283.39, for federal income taxes for the tax years 1996 through 1999, less any payments, plus interest accruing after July 1, 2010 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) until paid.

August 31, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Lee Ann Mauk
*(By) Deputy Clerk*
Lee Ann Mauk