## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL R. BLACK, *et al.*,<br><br>    Defendants. | NO. CV-07-355-RHW<br><br>**ORDER STRIKING PENDING MOTIONS** |

On November 1, 2010, the Court stayed the above-captioned case due to the pending bankruptcy filed by the Black Defendants. Prior to staying the case, the parties had filed a number of motions. The Court will strike the motions and the parties are instructed to refile the motions, if necessary, after the stay is lifted.

Accordingly, **IT IS HEREBY ORDERED:**

1. Hope Springs Corp. Sole's Motion to Stay Enforcement Pending Appeal (Ct. Rec. 226) is **stricken**.

2. The United States' Motion for Order of Sale (Ct. Rec. 230) is **stricken**.

///
///
///
///
///
///

3. The Black Defendants' Motion to Stay (Ct. Rec. 237) is **stricken**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this

**ORDER STRIKING PENDING MOTIONS** ~ 1

1  Order and forward copies to counsel.
2      **DATED** this 4th day of January, 2011.
3
4              *s/Robert H. Whaley*
               ROBERT H. WHALEY
5              United States District Judge
6
7
8
9
10
11 Q:\CIVIL\2007\Black\strike.wpd
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER STRIKING PENDING MOTIONS** ~ 2